STEVEN W. MYHRE, NVBN 9635
United States Attorney
District of Nevada

RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
160 Spear Street, Suite 800
Telephone No. (415) 977-8926
Facsimile No. (415) 977-0134
Email Address: richard.rodriguez@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA ARGABRIGHT, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, ) <br> Acting Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 2:17-CV-02630-APG-GWF <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME AND PROPOSED ORDER** <br> (***FIRST REQUEST***) |

Defendant Nancy A. Berryhill, Acting Commissioner of Social Security ("Defendant") respectfully requests that the Court extend the time for Defendant to file her Answer to the Complaint, due on December 18, 2017, by 28 days, through and including January 15, 2018.

An extension of time is needed in order to prepare Defendant's Answer because the Commissioner is still in the process of assembling and finalizing the administrative record. This request is made in good faith with no intention to unduly delay the proceedings.

\\\

\\\

Counsel for Defendant conferred Cyrus Safa of Plaintiff's counsel's office, by telephone who has no opposition to this motion, on December 18, 2017.

Respectfully submitted this 18th day of December 2017.

                                  STEVEN W. MYHRE, NVBN 9635
                                  United States Attorney

                                  */s/ Richard M. Rodriguez*
                                  RICHARRD M. RODRIGUEZ
                                  Special Assistant United States Attorney

IT IS SO ORDERED:

_____
Hon. GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: 12/19/2017