1 Cyrus Safa
Attorney at Law: 13241
2 Law Offices Of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, Ca 90670
Tel.: (562) 868-5886
4 Fax: (562) 868-5491
E-Mail Cyrus.Safa@Rohlfinglaw.Com
5
Gerald M. Welt
6 Attorney at Law: 1575
732 S. Sixth Street, Suite 200-D
7 Las Vegas, Nv 89101
Tel.: (702) 382-2030
8 Fax: (702) 684-5157
E-Mail: Gmwesq@Weltlaw.Com; Kwp@Weltlaw.Com
9 Attorneys For Plaintiff
Michael A. Niskar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MELISSA ARGABRIGHT | Case No.: 2:17-cv-02630-APG-GWF |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR REVERSAL AND/OR REMAND |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Melissa Argabright and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from March 8, 2018 to May 1, 2018, for Plaintiff to file a Motion for Reversal and/or Remand, with all other dates in the Court's Order Concerning Review of Social Security Cases extended

accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. Counsel makes the request due to an abnormally heavy briefing calendar. In the past week, Counsel has had four dispositive motions due. Counsel sincerely apologizes for any inconvenience this request may have on the Court and all parties involved

DATE: March 15, 2018  Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Cyrus Safa*

BY: _____
Cyrus Safa
Attorney for plaintiff Ms. Melissa Argabright

DATE: March 15, 2018

DAYLE ELIESON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Elizabeth Firer*

BY: _____
Elizabeth Firer
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

DATED: 3/19/2018

IT IS SO ORDERED: _____*George Foley Jr.*_____
UNITED STATES MAGISTRATE JUDGE