DAYLE ELIESON
United States Attorney
District of Nevada

CAROL S. CLARK
Special Assistant United States Attorney
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA 94105
Telephone: (415) 977-8975
Facsimile: (415) 744-0134
Email: carol.s.clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA ARGABRIGHT,<br><br>               Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>               Defendant. | Case No. 2:17-CV-02630-APG-GWF<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

///

///

///

///

///

///

///

///

- 1 -

PLEASE TAKE NOTICE that Defendant Commissioner of Social Security hereby designates the following Special Assistant United States Attorney (SAUSA) as its counsel of record in the above-captioned case:

>Carol S. Clark
>Special Assistant United States Attorney
>Social Security Administration
>160 Spear Street, Suite 800
>San Francisco, CA 94105
>Telephone: (415) 977-8975
>Facsimile: (415) 744-0134
>Email: carol.s.clark@ssa.gov

**SAUSA Elizabeth Firer and Richard Rodriguez should be terminated and receive no further notifications from the Court's CM/ECF system.**

Respectfully submitted,

DATED: July 16, 2018

DAYLE ELIESON
Acting United States Attorney

/s/ Carol S. Clark
CAROL S. CLARK
Special Assistant United States Attorney

OF COUNSEL:

DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 7/17/2018